## No. 6096.

BERNARD ROSSIGNOL vs. ESTATE OF DRAUZIN TRICHE. OLYMPE TRICHE, ADMINISTRATOR.

This is a suit on an open account and a promissory note. The account is composed of many items, not one of which amounts to five hundred dollars. It is sufficient that one witness swears that each of the items is correctly stated in the account. As to the promissory note, it is held by plaintiff, who is, in law, the owner thereof. Payment to him discharges the debt. There is no plea of want of consideration.

APPEAL from the Fifteenth Judicial District Court, parish of Lafourche. *Beattie, J.   J. S. Billiu*, for plaintiff and appellee.   *C. Knobloch*, for defendant and appellant.

MORGAN, J. This is a suit on an open account and on a promissory note, secured by mortgage, upon which plaintiff had judgment.

The grounds upon which the defendant asks us for a reversal of the judgment are —

First—That the account sued on exceeds five hundred dollars, and is only proved by one witness; and

Second—That on cross-examination plaintiff said that the note sued on was given to him as security in part payment of the accounts sued on; that the plantation of Drauzin Triche owed him $2611 50, and he owed one-half of this sum to Sevin & Gourdain, in New Orleans, and Mr. Drauzin Triche gave him the note to secure the one-half due Sevin & Gourdain, as collateral security, but not to secure the one-half due him.

First—The account is composed of many items, not one of which amounts to five hundred dollars, and the witness swore that each of the items was correctly stated in the account. This was competent and sufficient evidence.

Second—The note is held by plaintiff, who is, in law, the owner thereof. Payment to him discharges the debt, and there is no plea of want of consideration therefor.

Judgment affirmed.